**Tonya DAVIS, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY and Landmark Dodge, Inc., Respondents.**

**No. WD 64435.**

Missouri Court of Appeals, Western District.

May 24, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 2005.

Samuel McHenry, Kansas City, for Appellant.

Michael Shipley, Kansas City, for Landmark Dodge, Inc.

Cynthia Quetsch, Jefferson City, for Division of Employment Security.

Before JOSEPH M. ELLIS, Presiding Judge, PAUL M. SPINDEN, Judge, and VICTOR C. HOWARD, Judge.

#### ORDER

Tonya Davis appeals the Labor and Industrial Relations Commission's decision that she is not eligible for unemployment benefits because she voluntarily left her job with Landmark Dodge, Inc., without good cause attributable to her work or to her employer. We affirm. Rule 84.16(b).